UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

MARIA ELENA LUNA VELASQUEZ

      v.                                      Civil No. 25-cv-420-LM-TSM

CHRISTOPHER BRACKETT, STRAFFORD
      COUNTY DEPARTMENT OF
      CORRECTIONS, SUPERINTENDENT;
PATRICIA HYDE, U.S. IMMIGRATION AND
      CUSTOMS ENFORCEMENT, BOSTON
      FIELD OFFICE ACTING DIRECTOR;
TODD LYONS, U.S. IMMIGRATION AND
      CUSTOMS ENFORCEMENT,
      ACTING DIRECTOR;
KRISTI NOEM, U.S. DEPARTMENT OF
      HOMELAND SECURITY, SECRETARY;
SIRCE OWEN, EXECUTIVE OFFICE FOR
      IMMIGRATION REVIEW, ACTING DIRECTOR;
PAMELA BONDI, U.S. ATTORNEY GENERAL

**O R D E R**

Petitioner, a civil immigration detainee from Mexico, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), asserting claims of unlawful detention in violation of her federal rights. The Petition is before this court to determine whether the claims asserted are not facially invalid and may proceed. See Rule 4 of the Rules Governing Section 2254 Cases ("§ 2254 Rules"); see also § 2254 Rule 1(b); LR 4.3(d)(4).

Petitioner has lived in the United States since 2011, when she entered without inspection. Petitioner has three U.S. citizen children and one daughter who is a lawful permanent resident. Petitioner asserts that her children depend on her for support.

Petitioner is at the Strafford County Department of Corrections ("SCDC") in United States Immigration and Customs Enforcement ("ICE") custody. ICE agents arrested Petitioner in

September 2025 upon her release from pretrial custody in a criminal matter in Massachusetts. That proceeding remains pending. She has no record of a conviction or prior history of violence.

Petitioner filed an application for cancellation of removal. She is presently in ICE custody without the prospect of release on bond or a bond hearing.

Respondents have deemed Petitioner to be subject to mandatory detention under 8 U.S.C. § 1225(b) pursuant to decisions of the Board of Immigration Appeals ("BIA"), see, e.g., Matter of Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025). Decisions from a number of courts, including the decision of the presiding judge in Jimenez v. FCI Berlin Warden, --- F. Supp. 3d ----, 2025 WL 2639390 (D.N.H. Sept. 8, 2025), disagree with the reasoning and result in Hurtado.

Petitioner asserts claims under the Immigration and Naturalization Act, the Administrative Procedure Act, and the Fifth Amendment Due Process Clause. She asserts she is entitled to a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a). Petitioner seeks a writ of habeas corpus ordering her immediate release or a bond hearing within seven days.

The claims in the Petition do not appear to be invalid, and the issues presented by this habeas petition appear materially similar to those in Jimenez. As such, it appears Petitioner is entitled to an immediate bond hearing before an Immigration Judge pursuant to the issuance of a writ of habeas corpus. See Order, Lamidi v. FCI Berlin, Warden, Civ. No. 25-cv-297-LM-TSM (D.N.H. Sept. 15, 2025) (ECF No. 14).

Respondents are ORDERED to show cause, no later than 12:00 p.m. on Thursday, October 30, 2025, why this court should not grant the Petition. See 28 U.S.C. § 2243. A hearing on the Petition may be scheduled to occur on or after that date. Should counsel for Petitioner waive Petitioner's presence at that hearing, that hearing shall occur via video.

Additionally, the Clerk's office shall:

- Immediately provide a copy of this Order to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire;

- Deliver a copy of the Petition and this Order to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Provide the same documents to the U.S. Marshals Service for service upon the SCDC Superintendent, pursuant to Fed. R. Civ. P. 4(j)(2); and

- Send copies of the Petition and this Order by certified mail to:

    - **Patricia H. Hyde**, Boston Field Office Acting Director, U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803;

    - **Todd Lyons**, Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, D.C. 20536;

    - **Kristi Noem**, Secretary, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave. SE, Washington, D.C. 20528;

    - **Sirce Owen,** Acting Director, Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 2500, Falls Church, VA 22041; and

    - **Pamela Bondi**, U.S. Attorney General, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

The SCDC Superintendent must file an appearance in this matter within fourteen (14) days of service upon him. The SCDC Superintendent is not required to file an answer or other response to the petition until further court order.

Any party may request a status conference at any time, including before service on Respondents is complete.

Respondents shall provide this court with at least 72 hours of advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction. Such notice shall be filed in writing on the docket of this proceeding and shall state the reasons for such action and why

the move should not be stayed pending further court proceedings. Notice of Petitioner's release from custody may be provided after the fact.

    SO ORDERED.

_____
Talesha L. Saint-Marc
United States Magistrate Judge

October 27, 2025

cc:    Eliana Forciniti, Esq.